IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 10-cr-00215-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LEONID SHIFRIN,

    Defendant.
_____

**ORDER**
_____

This matter is before the Court on the government's Motion to Disclose Grand Jury Material to Defendant [Docket No. 16] pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i). Having reviewed the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same. It is therefore

ORDERED that the motion [Docket No. 16] is granted. The United States may disclose grand jury testimony, grand jury exhibits, and other grand jury materials to the defendant and his attorney in the course of discovery in this case. It is further

ORDERED that such materials shall only be used in defending this case; that such materials are to be disclosed only to the defendant and his attorney; that the defendant shall maintain custody of such materials and shall not reproduce or disseminate the same; and that such materials shall be returned to the United States at the end of the case.

DATED May 4, 2010.

                        BY THE COURT:

                        s/Philip A. Brimmer
                        PHILIP A. BRIMMER
                        United States District Judge