IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00215-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LEONID SHIFRIN,

    Defendant.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    It is ORDERED that a status conference in this case is set for **Tuesday August 3, 2010 at 4:15 p.m.** in Courtroom A701 before Judge Philip A. Brimmer.

    DATED July 26, 2010.