IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00215-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LEONID SHIFRIN,

    Defendant.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on the government's Motion to Conduct a Status Conference Regarding the Issue of Counsel [Docket No. 41]. It is

    **ORDERED** that a status conference is set for **Tuesday August 24, 2010 at 4:00 p.m.** in Courtroom A701 before Judge Philip A. Brimmer. It is further

    **ORDERED** that the Clerk shall send a copy of this Minute Order to defendant, certified mail, return receipt requested, at his address of record.

    DATED August 20, 2010.