IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00215-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    LEONID SHIFRIN,

    Defendant.

---

# ORDER

---

**Michael E. Hegarty, United States Magistrate Judge**.

    Defendant's Unopposed Motion to Clarify Conditions of Pretrial Release [<u>filed September 2, 2010; docket #48</u>] is **GRANTED** as follows. Defendant and his counsel are hereby permitted to prepare Defendant's civil case in accordance with ethical, procedural, and legal obligations, and Defendant may be present at court proceedings in the civil case. Furthermore, Defendant may be present at any interview with Mr. Johnson, his civil co-defendant, and at any depositions in the civil case regardless of whether the deponent is a potential witness in the criminal case.

    SO ORDERED.

    Dated at Denver, Colorado, this 9th day of September, 2010.

                                                BY THE COURT:

                                               Michael E. Hegarty
                                               United States Magistrate Judge