IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 10-cr-00215-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  LEONID SHIFRIN,

    Defendant.

_____

**ORDER SETTING MOTIONS DEADLINES**
_____

    It is ORDERED that discovery motions shall be filed by **December 15, 2010**.  It is further

    ORDERED that, by **January 7, 2011**, responses to discovery motions shall be filed; the government shall file supplemental expert witness disclosures pursuant Fed. R. Crim. P. 16; and defendant shall file motions other than those made pursuant to Fed. R. Evid. 702.  It is further

    ORDERED that, by **February 1, 2011,** defendant shall file expert witness disclosures pursuant Fed. R. Crim. P. 16; defendant shall file motions made pursuant to Fed. R. Evid. 702; and the government shall respond to motions other than defendant's Fed. R. Evid. 702 motions.  It is further

    ORDERED that, by **March 1, 2011**, the government shall file rebuttal expert reports; the government shall file motions made pursuant to Fed. R. Evid. 702; and the government shall file responses to defendant's Fed. R. Evid. 702 motions.  It is further

ORDERED that, by **March 15, 2011**, the government shall file notices pursuant to Fed. R. Evid. 404(b).

DATED December 10, 2010.

BY THE COURT:

s/ Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge