IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 10-cr-00215-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  LEONID SHIFRIN,

    Defendant.

_____

**ORDER**
_____

This matter comes before the Court on Credit Union of Denver's Motion for Protective Order and Request for Forthwith Ruling [Docket No. 103]. The Court has reviewed the pleading and is fully advised in the premises. Accordingly, it is

**ORDERED** that Credit Union of Denver's Motion for Protective Order and Request for Forthwith Ruling [Docket No. 103] is **GRANTED** in part and **DENIED** in part.

**ORDERED** that Credit Union of Denver is granted an enlargement of time until **August 8, 2011** to produce the records requested by the subpoena duces tecum issued by the Clerk of the Court on June 21, 2011. It is further

**ORDERED** that, at the time the records are produced, defendant shall reimburse Credit Union of Denver for its out-of-pocket record retrieval expenses of $3.00 per copy and $35.00 per research hour.

DATED July 8, 2011.

BY THE COURT:

S/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge