**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

| | |
|---|---|
| Courtroom Deputy: Megan Fields | Date: September 20, 2012 |
| Court Reporter: Terri Lindblom | Time: 71 minutes |
| Probation Officer: Lisa Pence | Interpreter: n/a |

**CASE NO. 10-cr-00215-PAB**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Kenneth Harmon |
| | Special Agents Benjamin Hopping |
| | R. Jonathan Lynch |
| Plaintiff, | |
| vs. | |
| LEONID SHIFRIN | Harvey Steinberg |
| Defendant. | |

**SENTENCING**

**1:36 p.m.    COURT IN SESSION**

Appearances of counsel. Defendant is present.

Court addresses addenda to Presentence Report.

Statements by defense counsel Mr. Steinberg.

Court addresses status of restitution.

Statements by government's counsel Mr. Harmon.

Statements by defense counsel Mr. Steinberg.

Page Two
10-cr-00215-PAB
September 20, 2012

Oral Motion by defense attorney Mr. Steinberg to proceed with sentencing and set a separate hearing for determination of restitution.

Statements by government's counsel Mr. Harmon.

**ORDERED:** Oral Motion to proceed with sentencing and set a separate hearing for determination of restitution is **GRANTED.**

**ORDERED:** Restitution Hearing set for **November 15, 2012 at 8:00 a.m.**

Statement to Court from defendant's brother Vladimir Shifrin.

Statement to Court from defendant's wife Quilly Shifrin.

Statement to Court from defendant's mother-in-law Susan Yankovitch.

Argument by defense counsel Mr. Steinberg in support of Defendant's Motion for Variance from Guideline Sentence and Supplement to Defendant's Motion for Variance from Guideline Sentence

Argument by government's counsel Mr. Harmon.

Further argument by defense counsel Mr. Steinberg.

Comments by defendant Leonid Shifrin.

**ORDERED:** Defendant's Motion for Variance from Guideline Sentence (Doc. #120) is **GRANTED** to the extent the Court will vary to a sentence from the guideline sentencing range.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

Defendant entered his plea on **March 2, 2011** to count ONE of the superseding indictment.

Page Three
10-cr-00215-PAB
September 20, 2012

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**  Court **ACCEPTS** the Plea Agreement.

**ORDERED:**  Defendant shall be **imprisoned** for **eighteen (18)** months.

**ORDERED:**  Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **one (1)** year.

**ORDERED:**  **Conditions** of Supervised Release that:
- (**X**)  Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**)  Defendant shall not commit another federal, state or local crime.
- (**X**)  Defendant shall not illegally possess controlled substances.
- (**X**)  Defendant shall not possess a firearm or destructive device.
- (**X**)  Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**)  Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**)  Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED:**  **Special Conditions** of Supervised Release that:
- (**X**)  Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.
- (**X**)  As directed by the probation officer, the defendant shall pay any monies received from income tax refunds, lottery winnings, inheritance, judgments or any unexpected financial gains to the outstanding court ordered financial obligation in this case.
- (**X**)  The defendant shall submit to financial monitoring by, or at the direction of, the probation officer.
- (**X**)  The defendant shall document all income or compensation generated or received from any source and provide such information to the probation officer as requested.
- (**X**)  Any employment for the defendant must beapproved in advance by the probation officer. The defendant shall permit contact between the probation officer and his employer(s), including, but not limited to, full-time, part-time, temporary, and contract employers.
- (**X**)  The defendant shall not engage in any business activity unless the activity is approved by the probation officer. Any approved business activity must

Page Four
10-cr-00215-PAB
September 20, 2012

            operate under a formal, registered entity. For any approved business activity, the defendant shall provide the probation officer with the names of all business entities and their registered agents. The defendant shall not register any new business entity, foreign or domestic, without the approval of the probation officer.

(**X**)    The defendant shall not cause or induce others to register business entities on his behalf. For any approved business activity, the defendant shall maintain business records. The defendant shall provide all requested documentation and records to the probation officer regarding any of his business activities as requested by the probation officer.

(**X**)    The defendant shall maintain separate personal and business finances and shall not co-mingle personal and business funds in any financial accounts, including but not limited to bank accounts and lines of credit.

(**X**)    The defendant shall comply with all legal obligations associated with the Colorado Department of Revenue and the Internal Revenue Service regarding federal and state income taxes. This includes resolution of any tax arrearages as well as continued compliance with federal and state laws regarding the filing of taxes.

(**X**)    The defendant shall not engage in any business activity unless the activity is approved by the probation officer. Any approved business activity must operate under a formal, registered entity. For any approved business activity, the defendant shall provide the probation officer with the names of all business entities and their registered agents. The defendant shall not register any new business entity, foreign or domestic, without the approval of the probation officer. The defendant shall not cause or induce others to register business entities on his behalf. For any approved business activity, the defendant shall maintain business records. The defendant shall provide all requested documentation and records to the probation officer regarding any of his business activities as requested by the probation officer.

(**X**)    The defendant shall maintain separate personal and business finances and shall not co-mingle personal and business funds in any financial accounts, including but not limited to bank accounts and lines of credit.

(**X**)    The defendant shall comply with all legal obligations associated with the Colorado Department of Revenue and the Internal Revenue Service regarding federal and state income taxes. This includes resolution of any tax arrearages as well as continued compliance with federal and state laws regarding the filing of taxes.

**ORDERED:**  Defendant shall pay **$100.00** Special Assessment, to be paid immediately

Page Five
10-cr-00215-PAB
September 21, 2012

Any unpaid restitution balance upon release from incarceration shall be paid in monthly installment payments during the term of supervised release.  The monthly installment payment will be calculated as at least ten-percent (10 %) of the defendant's gross monthly wages.

**ORDERED:**  **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:**  Costs of imprisonment and supervised release are WAIVED.

**ORDERED:**  Defendant shall surrender voluntarily by reporting to the institution designated by the Bureau of Prisoners, within fifteen (15) days after the Restitution Hearing set for November 15, 2012.

**ORDERED:**  Defendant advised of right to appeal. Any notice of appeal must be filed within fourteen (14) days of entry of judgment.

**ORDERED**:  Bond is continued.

**2:47 p.m.     COURT IN RECESS**

**Total in court time: 1 hour and 11 minutes**

**Hearing concluded**