IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 10-cr-00215-PAB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LEONID SHIFRIN,

        Defendant.

---

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

---

      IT IS ORDERED that Defendant LEONID SHIFRIN, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender himself by reporting to the Warden, Federal Correctional Institution Florence, Florence, Colorado, on January 11, 2016, by 12:00 noon, and will travel at his own expense.

      DATED at Denver, Colorado, this 22nd day of December, 2015.

                            BY THE COURT:

                            s/Philip A. Brimmer
                            PHILIP A. BRIMMER
                            United States District Judge